**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-02567-LTB-BNB

NAUTILUS, INC.,

      Plaintiff,

v.

KEYS FITNESS PRODUCTS, LP

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

      Upon Plaintiff's Notice of Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1) (Doc 3 - filed April 23, 2007), it is

      ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay its own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Chief Judge

DATED: April 24, 2007